UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

| | |
|---|---|
| IVAR HELLA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:12-CV-00131-KBM-RHS |
| | ) |
| EQUIFAX INFORMATION SERVICES LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; and TRANS UNION LLC, | ) ) ) ) |
| | ) |
| Defendants. | ) |

## MOTION FOR ADMISSION PRO HAC VICE OF KENDALL CARTER

The United States District Court for the District of New Mexico for the admission and appearance in this case of Kendall Carter, *Pro Hac Vice*. Mr. Carter is a member in good standing before the State Bar of Georgia. In addition, he is of good moral character and professional reputation. An Affidavit of Mr. Carter in support hereof is attached hereto.

This **16** day of May, 2012.

Respectfully submitted,

By: /s/ Patricia G. Williams
Patricia G. Williams
Wiggins, Williams & Wiggins
1805 Rio Grande Blvd., NW (81704)
P. O. Box 1308
Albuquerque, New Mexico 87103-1308
Tel: (505) 764-8400
Attorneys for Defendant Equifax
Information Services LLC

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of the foregoing upon counsel of record by using the Court's CM/ECF system addressed as follows:

Albert L. Hutchinson, Jr.
Aequitas Law, LLC
PO Box 25304
Albuquerque, NM 87125
al@aequitas.pro

Angela M. Taylor
Jones Day
3161 Michelson Drive
Suite 800
Irvine, CA 92612
Email: angelataylor@jonesday.com

Charles J. Vigil
Rodey Dickson Sloan Akin & Robb, P.A.
P. O. Box 1888
Albuquerque, NM 87103

Rodney L. Schlagel
Butt, Thornton & Baehr
PO Box 3170
Albuquerque, NM 87190
Email: rlschlagel@btblaw.com

This 16 day of May, 2012.

Patricia G. Williams