UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

| | |
|---|---|
| IVAR HELLA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:12-CV-00131-KBM-RHS |
| | ) |
| EQUIFAX INFORMATION SERVICES LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; and TRANS UNION LLC, | ) ) ) ) |
| | ) |
| Defendants. | ) |

### AFFIDAVIT OF KENDALL CARTER IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE

STATE OF GEORGIA

COUNTY OF FULTON

PERSONALLY appeared before the undersigned officer, duly authorized by law to administer oaths, Kendall Carter, who after first being duly sworn, deposes and states as follows:

1. My name is Kendall Carter. I am an attorney with the law firm of King & Spalding, LLP, 1180 Peachtree Street, N.E. Atlanta, Georgia 30309-3521, telephone number (404) 572-2495, counsel to defendant Equifax Information Services LLC in the action referenced above.

2. I received a Bachelor of Arts degree from th University of Tennessee in 1998. I was admitted to the Northern District of Georgia Bar in 2006 and I am entitled to all rights and privileges granted to members thereof. I am and at all times prior to this affidavit have been a member in good standing with the Northern District of Georgia Bar.

3. I am a member in good standing of the Bar of the State of Georgia, and the bars of the Courts to which I have been admitted. I have never been convicted of a crime, censured, suspended, disciplined or disbarred by any court; nor do I have any disciplinary or contempt proceedings involving me pending before any court.

3. I agree to abide by the jurisdiction and rules of the United States District Court of New Mexico governing the practice of law in this Court.

FURTHER AFFIANT SAYETH NOT.

Kendall Carter
KING & SPALDING LLP
1180 Peachtree Street.,
Atlanta, Georgia 30309
(404) 572-2495

SWORN TO BEFORE ME, THIS 15 DAY OF May, 2012.

Notary Public for State of Georgia
My Commission Expires: 1\22\2016