IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**IVAR HELLA,**

      Plaintiff,

v.

                              Case No. 12cv131 MV/RHS

**EQUIFAX INFORMATION SERVICES LLC,
EXPERIAN INFORMATION SOLUTIONS
INCORPORATED, TRANS UNION LLC,**

      Defendants.

**SEALED ORDER GRANTING MOTION FOR LEAVE
TO FILE FIRST AMENDED COMPLAINT UNDER SEAL**

      THIS MATTER comes before the Court on Plaintiff's Sealed Motion for Leave to File His First Amended Complaint Under Seal (Doc. 24), filed May 25, 2012.  Defendants did not file any response and the deadline for doing so has passed.  "The failure of a party to file and serve a response in opposition to a motion within the time prescribed for doing so constitutes consent to grant the motion." D.N.M.LR Civ. 7.1(b).  Therefore, the motion will be granted.

      IT IS ORDERED that Plaintiff is granted leave to file his first amended complaint under seal on or before July 13, 2012.

*Robert Hayes Scott*
_____
ROBERT HAYES SCOTT
UNITED STATES MAGISTRATE JUDGE