IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO
ALBUQUERQUE DIVISION

IVAR HELLA,

        Plaintiff,

 v.

EQUIFAX INFORMATION SERVICES LLC; EXPERIAN INFORMATION SOLUTIONS, INCORPORATED and TRANS UNION LLC,

        Defendants.

CASE NO. 1:12-CV-00131-MV-RHS

## NOTICE OF APPEARANCE

STRASBURGER & PRICE, LLP (Amanda Loughmiller), hereby enter its appearance on behalf of Defendant, Trans Union LLC, in connection with the above-captioned matter.

**STRASBURGER & PRICE LLP**,

*/s/ Amanda Loughmiller*
**AMANDA LOUGHMILLER**
Amanda.loughmiller@strasburger.com
**STRASBURGER & PRICE LLP**
2801 Network Blvd., Ste 600
Frisco, TX  75034
Telephone: (469) 287-3986
Facsimile:  (469) 227-6593
**Counsel for Defendant Trans Union LLC**

4201330.1/SP/83057/1251/082312

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 23rd day of August, 2012, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Albert L. Hutchinson, Jr.
al@aequitas.pro
Aequitas Law
PO BOX 25304
Albuquerque, NM 87125
(505) 750-8005
(505) 212-0249 Fax
*Counsel for Plaintiff*

Charles J. Vigil
cvigil@rodey.com
Rodey Dickason Sloan Akin & Robb, P.A.
P. O. Box 1888
Albuquerque, NM 87103
(505) 768-7377
(505) 768-7395 Fax
   *And*
Angela M. Taylor
angelataylor@jonesday.com
Jones Day
3161 Michelson Dr, Ste 800
Irvine, CA  92612
(949) 553-7549
(949) 553-7539 Fax
*Counsel for Experian*

Kendall Carter
kcarter@kslaw.com
King & Spalding LLP
1180 Peachtree St
Atlanta, GA  30309
(404) 572-2495
(404) 572-5100 Fax
   *And*
Patricia Williams
pwilliams@wwwlaw.us
Wiggins, Williams & Wiggins
PO Box 1308
Albuquerque, NM  87103-1308
(505) 764-8400
(505) 764-8585 Fax
*Counsel for Equifax*

                                             */s/ Amanda Loughmiller*
                                             **AMANDA LOUGHMILLER**

1