IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO
ALBUQUERQUE DIVISION

IVAR HELLA,

        Plaintiff,

v.

EQUIFAX INFORMATION SERVICES LLC; EXPERIAN INFORMATION SOLUTIONS, INCORPORATED and TRANS UNION LLC,

        Defendants.

CASE NO. 1:12-CV-00131-MV-RHS

### DEFENDANT TRANS UNION LLC'S CERTIFICATION OF SERVICE OF ITS FIRST REQUEST FOR ADMISSION TO PLAINTIFF

COMES NOW, Defendant Trans Union LLC, by and through its undersigned counsel of record, and pursuant to Local Rule 26.2 gives notice to the Court that service of Defendant Trans Union LLC's First Request for Admissions to Plaintiff were served via US Mail to all counsel of record on the 23th day of August, 2012.

Respectfully submitted,

*[signature]*

**AMANDA LOUGHMILLER** *(Admitted Pro Hac Vice)*
Amanda.loughmiller@strasburger.com
**STRASBURGER & PRICE LLP**
2801 Network Blvd., Ste 600
Frisco, TX  75034
Telephone: (469) 287-3986
Facsimile:  (469) 227-6593
  *And*
**RODNEY L. SCHLAGEL**
rlschlagel@btblaw.com
**BUTT THORNTON & BAEHR, P.C.**
P.O. Box 3170
Albuquerque, NM 87190
Telephone: (505) 884-0777
Facsimile:  (505) 889-8870
**COUNSEL FOR TRANS UNION LLC**