IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

IVAR HELLA,

        **Plaintiff,**

vs.                           No. CIV 12-00131 MV/RHS

EQUIFAX INFORMATION
SERVICES, LLC,

EXPERIAN INFORMATION
SOLUTIONS, INCORPORATED,
and

TRANS UNION, LLC,
        **Defendants.**

## CERIFICATE OF SERVICE ON PLAINTIFF'S ANSWERS TO DEFENDANT EQUIFAX INFORMATION SERVICES, LLC'S FIRST SET OF INTERROGATORIES, REQUESTS FOR PRODUCTION, AND REQUESTS FOR ADMISSION

Plaintiff Ivar Hella, through counsel, AEQUITAS LAW, LLC, Anna C. Martinez hereby certifies that he a CD-Rom containing a Plaintiff's Answers and Responses to Defendant Equifax Information Services, LLC's First Set of Interrogatories, Requests for Production, and Requests for Admission to:

        Kendall Carter
        King & Spalding LLP
        Attorney for Equifax Information Services, LLC
        1180 Peachtree St
        Atlanta, GA 30309

on Tuesday, October 02, 2012. Plaintiff further certifies that he sent a copy of the aforementioned CD-Rom to all other counsel of record on Tuesday, October 02, 2012.

2

                                            Respectfully submitted,
                                            **AEQUITAS LAW, LLC**

                                            **/s/**
        By:   _____
                                            Anna C. Martinez
                                            Attorney for Plaintiff
                                            P.O. Box 25304
                                            Albuquerque, NM 87125
                                            (505) 750-8005
                                            anna@aequitas.pro

**I HEREBY CERTIFY** that a true copy of the foregoing pleading was delivered to opposing counsel via the Court's CM/ECF electronic document filing and delivery service on October 2, 2012.

**/s/**
_____
Anna C. Martinez

2